UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ROBERT STANTON,  : | |
| o/b/o Beverly Stanton,  : | |
|     Plaintiff  : | |
|   : | |
|   v.  : | File No. 1:07-cv-215 |
|   : | |
| MICHAEL J. ASTRUE,  : | |
| Commissioner Social Security  : | |
| Administration,  : | |
|     Defendant  : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed April 14, 2008. (Paper 10.) After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1). The Defendant's Motion to Dismiss the Complaint (Paper 6) is GRANTED.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 23rd day of May, 2008.

                                        /s/ J. Garvan Murtha
                                        J. Garvan Murtha
                                        United States District Judge